# Court of Appeals
# of the State of Georgia

ATLANTA, November 12, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0354. JAMES WHITFIELD v. CITY OF ATLANTA.**

James Whitfield sued Secure Parking Enforcement LLC and the City of Atlanta after his vehicle was booted. The trial court granted the City's motion to dismiss, and Whitfield file an application for discretionary appeal. We denied the application because claims against Secure Parking remained pending below and Whitfield failed to follow the interlocutory appeal procedures. See *Whitfield v. Secure Parking Enforcement LLC.*, et al, Case No. A13D0238 (decided March 11, 2013). Whitfield subsequently obtained a judgment against Secure Parking and then attempted to directly appeal the order granting the City's motion to dismiss. However, the judgment against Secure Parking Enforcement was for $450 and, under OCGA § 5-6-35 (6), the discretionary appeal procedures are required in actions for damages in which the judgment is for $10,000 or less. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996); *Batchelor v. ISFA Corp.*, 191 Ga. App. 238 (382 SE2d 434) (1989). Whitfield's failure to comply with those requisite discretionary procedures deprives this Court of jurisdiction to consider the case, and the appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/12/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.